JACKSON BANKING COMPANY *v.* MADDOX *et al.*

COBB, P. J. A bill of exceptions in which there is no attempt to assign· error upon a judgment rendered by the court without the intervention of a jury, except to state the contents of the judgment and follow the same with a statement that plaintiff in error comes "within less than thirty days from the said judgment and excepts to the same and assigns the same as error," does not comply with the statutory requirement that alleged errors shall be plainly and, distinctly pointed out. *Wheeler v. Worley,* 110 *Ga.* 518; *Neal Loan & Bkg. Co. v. Wright,* 116 *Ga.* 395, and cases cited.      *Writ of error dismissed. All the Justices concur.*

Submitted July 18,—Decided December 12, 1906.

Motion to dismiss the writ of error.

*Ray & Ray* and *W. C. Munday,* for plaintiff in error.

*John R. L. Smith, R. W. Mays, R. L. Mays, H. M. Fletcher,* and *J. B. Wall,* contra.